# United States Court of Appeals for the Fifth Circuit

———————

No. 23-10949
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 1, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KENDRICK ESTEBAN FORD,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CR-144-1

_____

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Kendrick Esteban Ford has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ford has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-10949

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.